UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Glansaol Holdings Inc., et al,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-14102 (MEW)<br><br>(Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on August 1, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document(s) to be served via e-mail to the parties listed on **Exhibit A** attached hereto:

- **Debtors': (I) Memorandum of Law in Support of Confirmation of Third Amended Joint Liquidating Plan of the Debtors Under Chapter 11 of the Bankruptcy Code; and (II) Reply to Objection to the Plan [Docket No. 426]**

- **Declaration of John P. Madden in Support of Confirmation of the Third Amended Joint Liquidating Plan of the Debtors Under Chapter 11 of the Bankruptcy Code [Docket No. 427]**

- **Notice of Filing of Form of Proposed Findings of Fact, Conclusions of Law and Order Confirming Third Amended Joint Liquidating Plan of the Debtors Under Chapter 11 of the Bankruptcy Code [Docket No. 428]**

- **Notice of Agenda of Matters Scheduled for Hearing on August 2, 2019 at 11:00 A.M. (Eastern Time) [Docket No. 429]**

Dated: August 1, 2019

_____
Randy Lowry
Omni Management Group
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
(818) 906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 1ST day of August, 20 19, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

SCOTT M. EWING
Notary Public - California
Los Angeles County
Commission # 2155599
My Comm. Expires Jun 3, 2020

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: Clark's Botanicals, Inc. (0754); Glansaol Holdings Inc. (9485); Glansaol LLC (2012); Glansaol Management LLC (6879); Julep Beauty, Inc. (7984); Laura Geller Beauty, LLC (1706); Laura Geller Brands, LLC (7428); and Laura Geller Holdings, LLC (7388). The Debtors' executive headquarters are located at 575 Lexington Avenue, New York, NY 10022.

# **EXHIBIT A**

# **EXHIBIT A**

ASK LLP
JCHRISTIAN@ASKLLP.COM

ASK LLP
MUDEM@ASKLLP.COM

Parties Served: 2